```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

DEREK DICKERSON and EARL PRIESTER,

                    Plaintiffs,

       -against-                              09 Civ. 546 (DAB)
                                                   ORDER
THE CITY OF NEW YORK, POLICE OFFICERS
JOHN DOE #1-2,

                    Defendants.
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/09

DEBORAH A. BATTS, United States District Judge.

The Court's practice is to have the issues joined as to all parties prior to scheduling a conference pursuant to Rule 16 of the Federal Rules of Civil Procedure. Within ten days of the date of this Order, Plaintiffs shall in writing inform the Court of what efforts they are making to identify Defendants Police Officers Doe 1-2.

SO ORDERED.

Dated:   New York, New York
         May 27, 2009

                                        _____
                                        Deborah A. Batts
                                        United States District Judge